AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>Plaintiff(s)<br>v.<br>ANDREW KARAM, an individual; FASSIL BEFEKADU, an individual; ROCKET STREET VENTURES LLC, a California limited liability company; et al.<br>Defendant(s) | Civil Action No. 4:18-cv-4573 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ANDREW KARAM, an individual; FASSIL BEFEKADU, an individual; ROCKET STREET VENTURES LLC, a California limited liability company; RKSB GMBH PHILIP RESIBERGER, an unknown entity; ANTHONY SOOHOO AND MARLEE SOOHOO REVOCABLE TRUST, an unknown entity; THREE KINGDOMS CAPITAL PARTNERS, L.P., a Delaware limited partnership; JOHN AND ISABELE KRYSTYNAK 2011 FAMILY TRUST, an unknown entity; ANKUR NAGPAL, an individual; WARREN KONKEL, an individual; (see attached Additional Parties Attachment)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

| SHORT TITLE: DAN VIGDOR, et al. v. ANDREW KARAM, et al. | CASE NUMBER: 4:18-cv-4573 |
|---|---|

## INSTRUCTIONS FOR USE

➡ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
➡ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** (Check only one box. Use a separate page for each type of party):

☐ Plaintiff    ☑ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

ADAM FOROUGHI, an individual; VANDANA SHAH AND PRAFUL SHAH REVOCABLE LIVING TRUST, an unknown entity; RAJAN SHAH, an individual; THE ETERNAL BLISS LIMITED PARTNERSHIP, a California limited partnership; MITUL MAHESH SHAH, an individual; MICHAEL LEVINTHAL IRRA, an unknown entity; KARL JACOB III, an individual; 500 STARTUPS, L.P., a Delaware limited partnership; ROSE PARTNERS LLC, an unknown entity; STEPHEN TALARICO, an individual; and DOES 1-50, inclusive.

Page _____ of _____

Form Adopted by Rule 982(a)(9)(A)
Judicial Council of California
982(a)(9)(A) [New January 1, 1993]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: