# EXHIBIT A

| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | BENEDICT Y. HUR - # 224018 |
| 2 | bhur@keker.com |
| | JULIA L. ALLEN - # 286097 |
| 3 | jallen@keker.com |
| | SHAYNE HENRY - # 300188 |
| 4 | shenry@keker.com |
| | SARAH SALOMON - # 308770 |
| 5 | ssalomon@keker.com |
| | 633 Battery Street |
| 6 | San Francisco, CA 94111-1809 |
| | Telephone:     415 391 5400 |
| 7 | Facsimile:     415 397 7188 |
| 8 | Attorneys for Non-Party SUPERLUCKY CASINO, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual, | | Case No. 4:18-cv-04573-HSG |
| Plaintiffs, | | **DECLARATION OF NICHOLAS TALARICO** |
| v. | | Dept.:     Courtroom 2 - 4th Floor |
| ANDREW KARAM, an individual; FASSIL BEFEKADU, an individual; ROCKET STREET VENTURES LLC, a California limited liability company; RKSB GMBH, an unknown entity; ANTHONY SOOHOO AND MERRILEE SOOHOO REVOCABLE TRUST, an unknown entity; THREE KINGDOMS CAPITAL PARTNERS, L.P., a Delaware limited partnership; JOHN AND ISABELE KRYSTYNAK 2011 FAMILY TRUST, an unknown entity; ANKUR NAGPAL, an individual; WARREN KONKEL, an individual; ADAM AND JACLYN FOROUGHI 2011 FAMILY TRUST, an unknown entity; VANDANA SHAH AND PRAFUL SHAH REVOCABLE LIVING TRUST, an unknown entity; RAJAN DALICHAND SHAH, an individual; THE ETERNAL BLISS LIMITED PARTNERSHIP, a California limited partnership; MITUL MAHESH SHAH, an individual; MLPF&S AS CUST FBO MICHAEL LEVINTHAL IRRA, an unknown entity; KARL JACOB, an individual; 500 STARTUPS, L.P., a Delaware limited partnership; ROSE | | Judge:     Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: July 31, 2018 |

1  PARTNERS LLC, an unknown entity;
   STEPHEN TALARICO, an individual; and
2  DOES 1-50, inclusive,

3              Defendants.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Nicholas Talarico, declare and state as follows:

1. I am the Chief Executive Officer and Co-Founder of Non-Party Super Lucky Casino Inc. ("Super Lucky").

2. I submit this declaration in support of Non-Party Super Lucky's Civ. L.R. 79-5(e)(1) declaration in support of sealing non-party Super Lucky's confidential information.

3. Plaintiffs Dan Vigdor and Stephen Bradway's Opposition to Defendants' Motion to Dismiss in *Vigdor et. al. v. Karam et. al.*, Case No. 4:18-cv-04573-HSG ("Second Action") contains Super Lucky's sensitive communications with and regarding then-Super Lucky noteholders, now shareholders.[1]

4. These communications are properly sealed because they reflect the private information of noteholders and confidential business information about Super Lucky's internal operations, and because they disclose Super Lucky's sensitive relations with noteholders to competitors, which could be exploited to Super Lucky's detriment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2018, at San Francisco, California.

_____
NICHOLAS TALARICO

---

[1] Defendants in the Second Action are Andrew Karam, Anthony Soohoo and Merrilee Soohoo Revocable Trust, John and Isabelle Krystynak 2011 Family Trust, Adam and Jaclyn Foroughi 2011 Family Trust, Vandana Shah and Praful Shah Revocable Living Trust, 500 Startups L.P., and Rose Partners LLC. Super Lucky is not a defendant in this action.

1
DECLARATION OF NICHOLAS TALARICO
Case No. 4:18-cv-04573-HSG

1304509.01