KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
SHAYNE HENRY - # 300188
shenry@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants ANDREW KARAM, ANTHONY SOOHOO AND MERRILEE SOOHOO REVOCABLE TRUST, JOHN AND ISABELLE KRYSTYNAK 2011 FAMILY TRUST, ADAM AND JACLYN FOROUGHI 2011 FAMILY TRUST, VANDANA SHAH AND PRAFUL SHAH REVOCABLE LIVING TRUST, 500 STARTUPS L.P., AND ROSE PARTNERS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW KARAM, an individual; et al.<br><br>Defendants. | Case No. 4:18-cv-04573-HSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Dept.: Courtroom 2 - 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date: Not Yet Set |

Pursuant to Civil Local Rules 6-1 and 6-2 of the Northern District of California, the parties to this lawsuit Plaintiffs Dan Vigdor and Stephen Bradway ("Plaintiffs") and Defendants Andrew Karam, Anthony Soohoo and Merrilee Soohoo Revocable Trust, John and Isabelle Krystynak 2011 Family Trust, Adam and Jaclyn Foroughi 2011 Family Trust, Vandana Shah and Praful Shah Revocable Living Trust, 500 Startups L.P., and Rose Partners LLC and Karl Jacob III ("Defendants"), by and through their respective counsel, hereby stipulate to the following:

WHEREAS, the initial case management conference in this matter is currently set for November 6, 2018;

WHEREAS, Defendants have noticed their motion to dismiss for December 6, 2018;

WHEREAS, the parties to this action agree that continuing the initial case management conference until the December 6, 2018 hearing would promote judicial economy and conserve party resources;

WHEREAS, the parties to this action have not previously modified timelines in this case; and

WHEREAS, the Court has not yet set a schedule for this case within the meaning of Civil Local Rule 6-2(a)(3);

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE to and request that the Court CONTINUE the November 6, 2018 case management conference to December 6, 2018 when all counsel in this and the related action will be present in Court.

IT IS SO STIPULATED.

Dated: October 3, 2018

KEKER, VAN NEST & PETERS LLP

By: */s/ Benedict Y. Hur*
BENEDICT Y. HUR
JULIA L. ALLEN
SHAYNE HENRY
SARAH SALOMON

Attorneys for Defendants
ANDREW KARAM, ANTHONY SOOHOO AND MERRILEE SOOHOO REVOCABLE TRUST, JOHN AND ISABELLE KRYSTYNAK 2011 FAMILY TRUST, ADAM AND JACLYN FOROUGHI 2011 FAMILY TRUST, VANDANA SHAH AND PRAFUL SHAH REVOCABLE LIVING TRUST, 500 STARTUPS L.P., AND ROSE PARTNERS LLC

Dated: October 3, 2018

GOODWIN PROCTER LLP

By: */s/ Nicole L. Chessari*
LLOYD WINAWER
NICOLE L. CHESSARI

Attorneys for Defendant
KARL JACOB III

Dated: October 3, 2018

MICHELMAN ROBINSON LLP

By: */s/ Marc Russell Jacobs*
MARC RUSSELL JACOBS

Attorneys for Plaintiffs
DAN VIGDOR and
STEPHEN BRADWAY

**Pursuant to Civil Local Rule 5-1, the attorney filing this document attests that he has obtained concurrence in the filing of this document from all other signatories.*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 10, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE