UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VIGDOR, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANDREW KARAM, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-04573-HSG<br><br>**ORDER DIRECTING SUPPLEMENTAL BRIEFING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 25 |

On November 20, 2018, after the pending motion to dismiss was fully briefed by the parties, the Court entered an order in the related case captioned *Vigdor v. Super Lucky et. al*, 4:16-cv-05326-HSG (2018), granting the defendants' motion for summary judgment and terminating the case. *See* Case No. 4:16-cv-05326-HSG, Dkt. Nos. 173, 174. Defendants contend that the Court's November 20 order disposes of Plaintiffs' claims in this action on grounds of issue and/or claim preclusion. Dkt. No. 44 at 11.

The parties are **DIRECTED** to submit simultaneous supplemental briefs of no more than ten (10) pages on or before December 14, 2018, addressing whether any claims at issue in this case are precluded by the November 20 order in *Vigdor v. Super Lucky*. The motion hearing and case management conference currently set for December 6, 2018 are **VACATED**. Unless otherwise ordered, this matter will be deemed submitted once the supplemental briefs are filed.

**IT IS SO ORDERED.**

Dated: 12/3/2018

　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge